IN THE MATTER OF VINCENT J. INFINITO, AN
ATTORNEY AT LAW.

September 5, 1985.

ORDER

This matter having been duly presented to the Court, it is
ORDERED that the suspension of VINCENT J. INFINITO of

MORRISTOWN is lifted, and he is hereby restored to the practice of law, effective immediately, subject to respondent's annual submission of an audit report of all books and records required to be maintained by *R.* 1:21-6 to the Office of Attorney Ethics.